

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 27 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YOSTIN SLEIKER GUTIERREZ-CONTRERAS, <br><br> Petitioner - Appellee, <br><br> v. <br><br> WARDEN, Desert View Annex; et al., <br><br> Respondents - Appellants. | No. 25-4376 <br><br> D.C. No. 5:25-cv-00965-SSS-KES <br> Central District of California, Riverside <br><br> ORDER |

The motion (Docket Entry No. 5) for voluntary dismissal is granted. *See* Fed. R. App. P. 42(b).

This case is dismissed.

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT